| | |
|---|---|
| RICHARD S. ENDRES, Esq. (SBN 144853)<br>rendres@londonfischer.com<br>DARREN LE MONTREE, Esq. (SBN 198715)<br>dlemontree@londonfischer.com<br>**LONDON FISCHER LLP**<br>2505 McCabe Way, Suite 100<br>Irvine, California 92614<br>T: (949) 252-0550 | F: (949) 252-0553<br><br>*Attorneys for Defendant*<br>ILLINOIS UNION INSURANCE COMPANY | |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY, a corporation; and PARAMOUNT PETROLEUM CORPORATION, a corporation,<br><br>　　　　　Plaintiffs,<br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00678-LJO-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>**(Doc. 6)** |

IT IS HEREBY STIPULATED and agreed to by and between the parties hereto through their respective attorneys of record that the court enter an order for a 30 day extension of time, up to and including July 21, 2017, for Defendant Illinois Union Insurance Company's ("IUIC") to move, answer or otherwise respond to Plaintiffs Amerisure Mutual Insurance Company and Paramount Petroleum Corporation's ("Plaintiffs") complaint.

{L0059103.1 }

1

Good cause exists for this extension as the parties have reached a settlement and are in the process of finalizing the settlement agreement. The parties expect a dismissal of the action within 30 days.

The parties have previously filed a stipulation for extension of time pursuant to Eastern District Local Rule 144(a).

IT IS SO STIPULATED AND AGREED.

Dated: June 21, 2017                    SPRINGEL & FINK LLP

                                        By: **/S/ Adam H. Springel**
                                            Adam H. Springel, Esq.
                                            Ryong Cho, Esq.
                                            *Attorneys for Plaintiffs*
                                            AMERISURE MUTUTAL INSURANCE
                                            COMPANY and PARAMOUNT
                                            PETROLEUM CORPORATION


Dated: June 21, 2017                    LONDON FISCHER LLP

                                        By: **/S/ Richard S. Endres**
                                            Richard S. Endres
                                            Darren Le Montree
                                            *Attorneys for Defendant*
                                            ILLINOIS UNION INSURANCE
                                            COMPANY

## ORDER

Based upon the stipulation of counsel, the Court **ORDERS:**

1. Defendant Illinois Union Insurance Company responsive pleading SHALL be filed no later than July 21, 2017.

IT IS SO ORDERED.

Dated: **June 22, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE