# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY, et al., <br><br>         Plaintiffs, <br><br>    v. <br><br> ILLINOIS UNION INSURANCE COMPANY, <br>         Defendants. | Case No.: 1:17-cv-00678 LJO  JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

On July 19, 2017, the parties notified the Court that the parties have come to terms of a settlement. (Doc. 8) Counsel need time to prepare the settlement documents and to obtain signatures on it. Id. at 1-2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 25, 2017**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **July 20, 2017**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE