# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ILLINOIS UNION INSURANCE COMPANY,<br>        Defendants. | Case No.: 1:17-cv-00678 LJO JLT<br><br>ORDER CLOSING CASE |

The parties have stipulated to dismiss the action with prejudice. (Doc. 10) Federal Rules of Civil Procedure 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

   Dated: **August 23, 2017**                **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE